638

372 A.2d 442
Yochum Appeal.

 Argued April 14, 1976. J. Kerrington Lewis, with him Lewis and Stockey, for appellant; Charles W. Johns, Assistant District Attorney, with him Robert E. Colville, District Attorney, for appellee.

OPINION PER CURIAM: Order affirmed and the petitioner is directed to appear in the court below when called, in order to be committed by that court to serve any portion of the commitment which had not been completed at the time the appeal was made a supersedeas.

SPAETH, J., dissents.